[No. 13662-1-III. Division Three. March 7, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. GARY WAYNE SUTTON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-00212-8, F. James Gavin, J. entered November 12, 1993. *Reversed* by unpublished

opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.